```
1  OWEN, WICKERSHAM & ERICKSON, P.C.
   GREGORY N. OWEN, CBN 122825
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone: 415-882-3200
   Facsimile:  415-882-3232
4  E-Mail: gowen@owe.com

5  SEYFARTH SHAW LLP
   CHRISTOPHER C. LARKIN, CBN 119950
6  2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3063
7  Telephone: 310-201-5289
   Facsimile: 310-201-5219
8  E-Mail: clarkin@seyfarth.com

9
   Attorneys for Defendant and Counter-claimant
10 OUTER CAPE IMPORTS LTD

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION
```

| | |
|---|---|
| CARR WINERY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>OUTER CAPE IMPORTS LTD, a New York corporation,<br><br>Defendant.<br>_____<br>OUTER CAPE IMPORTS LTD, a New York corporation,<br><br>Counter-claimant,<br><br>v.<br><br>CARR WINERY, INC., a California corporation,<br><br>Counter-defendant. | Case No.  CV07-06826 PA VBKx<br><br>**DISCLOSURE STATEMENT OF DEFENDANT/COUNTER-CLAIMANT OUTER CAPE IMPORTS LTD.**<br><br>[FED. RULE CIV. P. 7.1(a)] |

1  Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned, counsel of record for
2  Defendant/Counter-claimant, OUTER CAPE IMPORTS LTD. ("OCI"), hereby
3  certifies that OCI is a privately held corporation, has no parent company, and that
4  there is no publicly held corporation that owns ten percent (10%) or more of OCI's
5  stock.

7  Dated: January 22, 2008            OWEN, WICKERSHAM & ERICKSON P.C.

9                                      By:   /s/ Gregory N. Owen
                                              Gregory N. Owen
10                                            Attorneys for Defendant
                                              OUTER CAPE IMPORTS LTD

13  S:\1Clients\OUTER\70001\Disclosure FRCP 7-1a.wpd

Owen, Wickersham & Erickson, P.C.
455 Market Street, 19th Floor ~ San Francisco, California 94105
Voice 415/882-3200 ~ Fax 415/882-3232

Disclosure Statement of Defendant [FRCP 7.1(a);No. CV07-06826 PA VBKx