1  Kurt Koenig, CBN 135707
   Koenig & Associates
2  226 East Canon Perdido St., Suite M
   Santa Barbara, CA  93101
   Telephone: 805-965-4400
3  Fax: 805-564-8262
   E-Mail: CDCAL@incip.com
4
   Attorneys for Plaintiff
   CARR WINERY, INC.
5

6  Gregory N. Owen, CBN 122825
   Owen, Wickersham, & Erickson, P.C.
   455 Market Street, 19th Floor
7  San Francisco, CA  94105
   Telephone:  415-882-3200
   Fax:  415-882-3232
8  E-Mail:  gowen@owe.com

9  Christopher C. Larkin, CBN 119950
   Seyfarth Shaw LLP
   2029 Century Park East, Suite 3300
10 Los Angeles, CA 90067
   Telephone: 310-201-5289
11 Facsimile: 310-201-5219
   E-mail: clarkin@seyfarth.com

12 Attorneys for Defendant
   OUTER CAPE IMPORTS LTD.
13

14              UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

16                    WESTERN DIVISION

17

18 | CARR WINERY, INC., a California | ) | Case No.
   | corporation,                    | ) |
19 |                                 | ) | CV 07-6826 PA (VBKx)
   |                      Plaintiff, | ) |
20 |                              v. | ) |
   |                                 | ) | **STIPULATED DISMISSAL**
21 | OUTER CAPE IMPORTS LTD., a New York | ) | **OF COMPLAINT AND**
   | corporation,                    | ) | **COUNTERCLAIMS WITHOUT**
22 |                      Defendant. | ) | **PREJUDICE**
   |                                 | ) |
23 |                                 | ) | [Fed.R.Civ.P. 41(a)(1)]
   |                                 | ) |
24 |                                 | ) | **The Honorable Percy**
   | AND RELATED COUNTERCLAIMS       | ) | **Anderson**
25 |                                 | ) |

26

|   |   |
|---|---|
| 1 | |
| 2 | IT IS HEREBY STIPULATED by and between the parties to |
| 3 | this action through their designated counsel that the above- |
| 4 | captioned action and related counterclaims be and hereby is |
| 5 | dismissed in its entirety without prejudice pursuant to |
| 6 | Federal Rules of Civil Procedure 41(a)(1). |
| 7 | |
| 8 | Dated: August 27, 2008             KOENIG AND ASSOCIATES |
| 9 | |
| 10 |                                    By: /s/ Kurt Koenig |
| 11 |                                    KURT KOENIG |
|    |                                    Attorney for Plaintiff |
|    |                                    CARR WINERY, INC. |
| 12 | |
| 13 | Dated: September 3, 2008 |
| 14 |                                    OWEN, WICKERSHAM & |
|    |                                    ERICKSON P.C. |
| 15 | |
| 16 |                                    By: /s/ Gregory N. Owen |
|    |                                    GREGORY N. OWEN |
| 17 |                                    Attorney for Defendant |
|    |                                    OUTER CAPE IMPORTS LTD |
| 18 | |
| 19 | |
| 20 | **IT IS SO ORDERED.** |
| 21 | Dated September ___, 2008 |
|    |                                    _____ |
|    |                                    Hon. Percy Anderson |
|    |                                    United States District Judge |

## CERTIFICATE OF E-FILING AND SERVICE

I here certify that on ~~August~~ SEPTEMBER 3, 2008, a true and correct copy of the foregoing **STIPULATED DISMISSAL WITHOUT PREJUDICE** was electronically filed and served on all counsel registered to receive electronic notification.

Executed on September 3, 2008 at San Francisco, California.

*Jill O'Hara*
Jill O'Hara

3